No. 768. DIXON ET AL. *v.* UNITED STATES. March 31, 1941. Petition for writ of certiorari to the Circuit Court

of Appeals for the Eighth Circuit denied. *Mr. Frank Hickman* for petitioners. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Mr. George F. Kneip* for the United States.